IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ELMER A. PORTILLO,<br>Plaintiff,<br><br>v.<br><br>AURORA BANK FSB, et al.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:13cv001 |

FILED MAR 26 2013 CLERK U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## JUDGMENT ORDER

Upon consideration of the March 8, 2013 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the March 8, 2013 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that this matter is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b), Fed. R. Civ. P., based on plaintiff's failure to prosecute and failure to comply with court orders.

The Clerk is **DIRECTED** to enter judgment in accordance with this Order, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

Should plaintiff wish to appeal this Order, he must do so by filing a notice of appeal within thirty (30) days after entry of the Order, pursuant to Rules 3 and 4, Fed. R. App. P.

The Clerk is further **DIRECTED** to send a certified copy of this Order to plaintiff and all counsel of record.

Alexandria, VA
March 26, 2013

/s/
T. S. Ellis, III
United States District Judge